Leo Stein and Others, Appellants, v. John A. Davies, Respondent, Impleaded with Julia C. Hancock and Others.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Isaac Smuckler, Appellant.—Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Carlo de Fornaro, Appellant.—Judgment affirmed. No opinion.

John Hedlund, Appellant, v. Edward L. Radcliff and Others, Respondents.— Judgment affirmed, with costs to each respondent separately appearing. No opinion.

Alice M. Dunsford, Respondent, v. Ralph J. Jacoby, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Cecelia Cassessi, Appellant.— Judgment affirmed. No opinion.

Fiss, Doerr & Carroll Horse Company, Respondent, v. Patrick F. Green, Appellant.— Judgment affirmed, with costs. No opinion.

James A. Grant and Nettie L. Grant, Respondents, v. Cananea Consolidated Copper Company, Appellant, Impleaded with William C. Greene and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Wesley D. Hunter, Respondent, v. John Vicario, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James W. Hagan, Respondent, v. Achill Bippart and Others, Doing Business under the Firm Name of Bippart, Griscom & Osborn, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Solon L. Frank and Samuel Frank, Plaintiffs, v. Jules Wolff and Others, Defendants, Impleaded with Fourteenth Street Bank in the City of New York, and Frederick Schnaufer, Appellants, and Mechanics' Bank of Brooklyn,. Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John F. Jacobs, Respondent, v. Lippman Tannenbaum, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Kohler, Respondent, v. Herman Rosenthal, Respondent. Jacob Stiefel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert F. Tysen, Respondent, v. Fay L. Tysen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Leo Coogan, an Infant, etc., by Mary E. Shea, His Guardian ad Litem, Respondent, v. The Coleman Stable Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. William Greenbaum.—Motion to dismiss appeal granted.